District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEDLA YESHITILA ALEMU,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.,*<br><br>　　　　　　　　Defendants. | Case No. 3:24-cv-05298-RSM<br><br>STIPULATED MOTION TO HOLD<br>CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>June 14, 2024 |

　　　　Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until November 22, 2024. Plaintiff brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due on June 25, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until November 22, 2024.

　　　　Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05298-RSM] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for July 25, 2024. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until November 22, 2024. The parties will submit a joint status report on or before November 22, 2024.

//

//

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05298-RSM] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 14th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF NICHOLAS POWER |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Nicholas Power*<br>NICHOLAS POWER, WSBA# 45972<br>5040 Guard, Ste. 150<br>Friday Harbor, Washington 98250<br>Phone: (360) 298-0464<br>Email:  nickedpower@gmail.com |
| *Attorneys for Defendants* | HACKING IMMIGRATION LAW, LLC |
| **I certify that this memorandum contains 395 words, in compliance with the Local Civil Rules.** | *s/ James O. Hacking, III*<br>JAMES O. HACKING, III\*, MO # 46728<br>10121 Manchester Rd., Ste. A<br>St. Louis, Missouri 63122<br>Phone: (314) 961-8200<br>Email:  jim@hackingimmigrationlaw.com<br>\*PHV<br><br>*Attorneys for Plaintiff* |

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05298-RSM] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until November 22, 2024.  The parties shall submit a joint status report on or before November 22, 2024.  It is so **ORDERED**.

DATED this 17th day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ABEYANCE
[Case No. 3:24-cv-05298-RSM] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800